```
SEDGWICK LLP
REBECCA A. HULL  Bar No .99802
rebecca.hull@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:    (415) 781-7900
Facsimile:     (415) 781-2635
```

CLOSED

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY and
ATRIA SENIOR LIVING, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA COSCOLLUELA,<br><br>             Plaintiff,<br><br>   v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a corporation; ATRIA SENIOR LIVING, INC., a corporation; DOES 1 through 10,<br><br>             Defendants. | Case No. 5:14-cv-02051 JGB (SPx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Honorable Jesus G. Bernal |

IT IS HEREBY ORDERED that, pursuant to the parties' stipulation, the present action be dismissed in its entirety with prejudice.  Each party is to bear its own fees and costs.

DATED:  November 24, 2015

Honorable Jesus G. Bernal
United States District Judge